**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GOLDY ROMEO MCNEARY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-2802-HE** |
| | ) | |
| **STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**REPORT AND RECOMMENDATION**

Petitioner, a state inmate appearing pro se, has filed an application for leave to proceed in forma pauperis. Doc. 3. United States District Judge Joe Heaton referred this habeas corpus matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Doc. 7. Having reviewed the application, the undersigned finds that Petitioner has sufficient funds to pay the $5.00 filing fee. *See* 28 U.S.C. § 1914(a) ("[O]n application for writ of habeas corpus the filing fee shall be $5.").

Petitioner's institutional account statement reflects a total balance of $264.63 and an average balance of $44.41. Doc. 3, at 3-5. So he does not qualify for authorization to proceed without payment of the filing fee. The undersigned therefore recommends the Court deny Petitioner's application and order him to pay the full $5.00 filing fee for this action to proceed. 28 U.S.C. § 1914(a); *see also* LCvR3.3(d). The undersigned further recommends that the Court

dismiss this action without prejudice to refiling unless Petitioner pays the filing fee in full to the Clerk of the Court within twenty-one (21) days of any order adopting this Report and Recommendation. *See* LCvR3.3(e).

The undersigned advises Petitioner that he may file an objection to this Report and Recommendation with the Clerk of this Court by October 29, 2026. The undersigned further advises Petitioner that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 8th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE