**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

GOLDY ROMEO MCNEARY, )
)
Petitioner, )
)
-vs- ) NO. CIV-26-2802-HE
)
STATE OF OKLAHOMA, )
)
Respondent. )

**ORDER**

On October 8, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #8], recommending the court deny petitioner's application for leave to proceed in forma pauperis and order him to pay the full $5.00 filing fee for this action to proceed. She further recommended the court dismiss this action without prejudice to refiling unless petitioner pays the filing fee in full to the clerk of the court within twenty-one (21) days of any order adopting the Report and Recommendation. She advised petitioner that he may file an objection to the Report and Recommendation with the clerk of the court by October 29, 2026, and the consequences for failure to timely object to the Report and Recommendation.

No objection has been filed. With no timely objection filed, the right to appellate review of the factual and legal issues contained in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #8] is **ADOPTED**. The motion for leave to proceed in forma pauperis [Doc. #3] is **DENIED**. Petitioner is

**ORDERED** to pay the full $5.00 filing fee for this action to proceed within **twenty-one (21) days** from the date of this order. Failure to do so will result in the dismissal of this action without prejudice to refiling.

**IT IS SO ORDERED**.

Dated this 5th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE